UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF LANSING,

          Plaintiff,

v

STARR INDEMNITY & LIABILITY COMPANY,

          Defendant.

Case No:  16-cv-857

HON. PAUL L. MALONEY

| | |
|---|---|
| Scott L. Mandel (P33453) | Ryan K. Kauffman (P65357) |
| Mark J. Colon (P42001) | Attorneys for Starr Indemnity & |
| Attorneys for Plaintiff |   Liability Company |
| FOSTER SWIFT COLLINS & SMITH PC | FRASER TREBILCOCK DAVIS & DUNLAP, P.C. |
| 313 S. Washington Square | 124 W. Allegan, Suite 1000 |
| Lansing, MI  48933-2193 | Lansing, MI  48933 |
| (517) 371-8100 | (517) 482-5800 |

## REQUEST TO RE-OPEN CASE

On February 27, 2017, this Court entered an Order administratively closing this insurance declaratory action (**Attachment "A"**).  This case was administratively closed to allow the underlying state-court, class-action to complete litigation, including appeals.  The underlying action has now been settled.  As a result, plaintiff City of Lansing requests that this Court place the instant declaratory action back on the Court's open docket.  The Court's February 27, 2017 Order states that a party's request to re-open this case need only refer to the February 27, 2017 Order.

Further, the attorneys for the parties in this action have already spoken and agreed to participate in facilitative mediation at the outset.  The parties are in the process of trading names of and discussing possible mediators.

FOSTER SWIFT COLLINS & SMITH PC
Attorneys for Plaintiff

Date:  December 4, 2019

By /s/ Mark J. Colon
     Scott L. Mandel (P33453)
     Mark J. Colon (P42001)
     313 S. Washington Square
     Lansing, MI  48933-2193
     (517) 371-8185

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date the foregoing paper was electronically filed with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

FOSTER SWIFT COLLINS & SMITH PC
Attorneys for Plaintiff

Date:  December 4, 2019

By /s/ Mark J. Colon
     Scott L. Mandel (P33453)
     Mark J. Colon (P42001)
     313 S. Washington Square
     Lansing, MI  48933-2193
     (517) 371-8185

29056:00154:4542222-1

2