UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF LANSING,

   Plaintiff,

v

STARR INDEMNITY & LIABILITY COMPANY,

   Defendant.

Case No:  16-cv-857

HON. PAUL L. MALONEY

| | |
|---|---|
| Scott L. Mandel (P33453)<br>Mark J. Colon (P42001)<br>Attorneys for Plaintiff<br>FOSTER SWIFT COLLINS & SMITH PC<br>313 S. Washington Square<br>Lansing, MI  48933-2193<br>(517) 371-8100 | Ryan K. Kauffman (P65357)<br>Attorneys for Starr Indemnity &<br>  Liability Company<br>FRASER TREBILCOCK DAVIS & DUNLAP, P.C.<br>124 W. Allegan, Suite 1000<br>Lansing, MI  48933<br>(517) 482-5800 |

## **STIPULATION AND ORDER OF DISMISSAL**

  The parties herein, through their respective counsel, hereby stipulate and agree that the above matter may be dismissed with prejudice and without costs to any party herein.

           FOSTER SWIFT COLLINS & SMITH, PC
           Attorneys for Plaintiff

Dated: June 19, 2020    By:  s/ Scott L. Mandel
              Scott L. Mandel (P33453)

           FRASER TREBILCOCK DAVIS & DUNLAP, PC
           Attorneys for Defendant

Dated: June 19, 2020    By:  s/ Ryan K. Kaufman w/permission
              Ryan K. Kauffman (P65357)

**ORDER OF DISMISSAL**

The Court having read and reviewed the stipulation of the parties and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this matter shall be and hereby is dismissed with prejudice and without costs to any party.

This resolves the last pending claims and closes this case.

Dated: June 20, 2020

/s/ Paul L. Maloney
Honorable Paul L. Maloney

29056:00154:4590950-1